1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant Gerasimo Marin Delarosa

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA,      )   No. CR 12-00179 CRB
   |         Plaintiff,             )
13 |                                )   STIPULATION AND [PROPOSED]
   |   v.                           )   ORDER CONTINUING APPEARANCE
14 |                                )   DATE FROM APRIL 4, 2012 TO APRIL
   | GERASIMO MARIN DELAROSA,       )   25, 2012 AND EXCLUDING TIME
15 |                                )   UNDER 18 U.S.C. § 3161
   |         Defendant.             )
16 |_____)

17

18

19                            **STIPULATION**

20     The parties are scheduled to appear before this Court on April 4, 2012.  The Court was

21 intending to move that date to April 5, 2012 but defense counsel will be unavailable on that date.

22 The defense requests that the matter be continued to April 25, 2012 at 2:00 p.m.  The

23 government has no objection to this request.

24     The parties also agree that the time between April 4, 2012 and April 25, 2012 should be

25 excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of

26 counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of

27 justice served by granting such a continuance outweigh the best interests of the public and the

28 STIPULATION AND [PROPOSED] ORDER
   CONTINUING COURT DATE
   No. CR 12-00179 CRB

1 | defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
2 | SO STIPULATED.

MELINDA HAAG
United States Attorney

/s/

Dated:  4/3/2012

LOWELL POWELL
Assistant United States Attorney

/s/

Dated:  4/3/2012

SHAWN HALBERT
Attorney for Defendant

STIPULATION AND [PROPOSED] ORDER
CONTINUING COURT DATE
No.  CR 12-00179 CRB

2

## ORDER

For the reasons stated above, the Court continues the status date in this matter from April 4, 2012 to April 25, 2012. IT IS ALSO ORDERED THAT the time between April 4, 2012 and April 25, 2012 should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED: 4/3/12

THE HONORABLE CHARLES R. BREYER
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CONTINUING COURT DATE
No. CR 12-00179 CRB

3